# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-88 CAS (MRW) | Date | April 7, 2015 |
|----------|--------------------|------|---------------|
| Title | Warden v. Tews | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:**        (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

Plaintiff recently filed a change of address with the Court.  (Docket # 25.)  That filing raises two important issues that suggest that his case is now moot.  As the Court understands the gist of Plaintiff's claim, Plaintiff contends that the federal prison in California failed to properly inform him about a pending detainer in Idaho regarding another criminal case.  However, according to the change of address notice, (a) Plaintiff has been transferred to a county jail in Idaho (the BOP website confirms that Plaintiff is not in federal custody) and (b) "Idaho dropped the detainer" against Plaintiff.  (Docket # 25 at 1.)  As a result, it is not clear that Plaintiff still has a viable claim against federal officials.

Therefore, Plaintiff is directed to show cause why the action should not be dismissed for mootness.  Plaintiff will respond to this Order by submitting a statement (not to exceed 5 pages) by or before May 8 explaining whether he can and will continue to pursue this civil action. Alternatively, Plaintiff may voluntarily dismiss this federal case with no further consequence. The Clerk is directed to provide Plaintiff with a blank dismissal form for his convenience.

**Plaintiff is advised that the failure to respond to this order may lead the Court to dismiss the action under Federal Rule of Civil Procedure 41 for failure to prosecute the action or to respond to a court order.**